UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1O-cv-01191-RPM-BNB

GREAT NORTHERN INSURANCE COMPANY, an Indiana corporation,

    Plaintiff,

v.

THE ARCHITECTS COLLABORATIVE, P.C., a Colorado corporation;
KENNETH B. ALEXANDER; and
CONTROLLED HYDRONICS, INC., a Colorado corporation,

    Defendants.

_____

ORDER GRANTING UNOPPOSED MOTION TO AMEND
DEFENDANTS THE ARCHITECTS COLLABORATIVE, P.C. AND
KENNETH ALEXANDER'S ANSWER TO THE AMENDED COMPLAINT
_____

Upon review of the Unopposed Motion to Amend Defendants The Architects Collaborative, P.C. and Kenneth Alexander's Answer to the Amended Complaint, including amended affirmative defenses [15], filed today, it is

ORDERED that the motion is granted and the First Amended Answer tendered with the Motion is accepted by the Court for filing as of the date of this Order.

DATED this 15th day of September, 2010.

                                BY THE COURT:
                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior Judge