# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. :       10-CV-01191-RPM-BNB

GREAT NORTHERN INSURANCE COMPANY, an Indiana corporation;

Plaintiff,

v.

THE ARCHITECTS COLLABORATIVE, P.C., a Colorado corporation; KENNETH B. ALEXANDER; and CONTROLLED HYDRONICS, INC., a Colorado corporation;

Defendants.

---

## ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT

---

On motion of the plaintiff, filed December 23, 2010 to file a Second Amended Complaint to add Masco Contractor Services Central, Inc., d/b/a Ace Insulation as a defendant. It is

ORDERED that the motion is granted and the Plaintiff's Second Amended Complaint is accepted for filing this date, and it is

FURTHER ORDERED that after appearance of the added defendant a new scheduling conference will be convened to determine the changes to the Scheduling Order of September 30, 2010 made necessary by the Second Amended Complaint.

Dated this 27th day of December, 2010.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge