IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01191-RPM

GREAT NORTHERN INSURANCE COMPANY,

    Plaintiff,

v.

THE ARCHITECTS COLLABORATIVE, P.C.;
KENNETH B. ALEXANDER;
CONTROLLED HYDRONICS, INC., and
MASCO CONTRACTOR SERVICES CENTRAL, INC., dba ACE INSULATION,

    Defendants.

ORDER SETTING SCHEDULING CONFERENCE

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **March 11, 2011, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on March 3, 2011.**

The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend.

Dated:   January 11th, 2011

                                             BY THE COURT:
                                             s/Richard P. Matsch

                                             _____
                                             Richard P. Matsch, Senior District Judge