# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. :    10-cv-01191-RPM

GREAT NORTHERN INSURANCE COMPANY, an Indiana corporation;

Plaintiff,

v.

THE ARCHITECTS COLLABORATIVE, P.C., a Colorado corporation;  KENNETH B. ALEXANDER; CONTROLLED HYDRONICS, INC., a Colorado corporation; and MASCO CONTRACTOR SERVICES CENTRAL, INC. dba ACE INSULATION, a Florida corporation;

Defendants.

## AMENDED SCHEDULING ORDER

The Court having examined the file herein and being fully advised of the premises does hereby grant the Joint Motion to Amend Scheduling Order.  The Scheduling Order in this matter is amended as follows:

| Event | New Deadline |
|---|---|
| Rebuttal Expert Disclosures Due | August 25, 2011 |
| Discovery Cutoff | October 28, 2011 |
| Dispositive Motion Deadline | November 10, 2011 |

DATED this 5th day of August, 2011.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, SeniorJudge