**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 10-cv-01191-RPM

GREAT NORTHERN INSURANCE COMPANY, an Indiana corporation;

    Plaintiff,

v.

THE ARCHITECTS COLLABORATIVE, P.C., a Colorado corporation; KENNETH B. ALEXANDER; and CONTROLLED HYDRONICS, INC., a Colorado corporation;

    Defendants.

_____

**AMENDED SCHEDULING ORDER**
_____

The Court having examined the file herein and being fully advised of the premises does hereby grant the Joint Motion to Amend Scheduling Order dated October 28, 2011. The Scheduling Order in this matter is amended as follows:

1. The following retained and non-retained expert depositions have been scheduled:

    a. November 21, 2011: Andy Bakker;
    b. November 22, 2011: Gary Udall;
    c. November 28, 2011: Ali Marvi;
    d. November 29, 2011: Craig Tarr;
    e. November 30, 2011: Dave Byrne; and
    f. December 6, 2011: Colin O'Reilly.

2. Based on the above deposition schedule, the discovery cut-off shall be extended to December 6, 2011.

Dated this 31st day of October, 2011.

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge