IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01191-RPM

GREAT NORTHERN INSURANCE COMPANY,

    Plaintiff,

v.

THE ARCHITECTS COLLABORATIVE, P.C.;
KENNETH B. ALEXANDER;
CONTROLLED HYDRONICS, INC., and
MASCO CONTRACTOR SERVICES CENTRAL, INC., dba ACE INSULATION,

    Defendants.

---

ORDER DENYING MOTION FOR SUMMARY JUDGMENT BY THE ARCHITECTS
COLLABORATIVE, P.C. AND KENNETH ALEXANDER

---

On June 22, 2011, defendants The Architects Collaborative, P.C. and Kenneth B. Alexander filed a motion for summary judgment seeking dismissal of all claims against them. The motion has been fully briefed. The basis of the motion is that these defendants did not perform any design work on the 312 Benchmark Drive property, owned by 312 Benchmark Drive, LLC, the plaintiff's named insured, and that these defendants did not do any construction work with respect to the steam generators which were the cause of the water leak causing damage to the property, the repair of which was paid by Great Northern Insurance Company which is asserting the claims of 312 Benchmark Dr., LLC by subrogation.

After review of the pleadings and the papers filed by the parties, including the depositions of Robert "Cole" Johnson and Kenneth Alexander, it is apparent that there are substantial disputes of material facts with respect to the roles played by the Architects Collaborative, P.C. and Kenneth B. Alexander in completing the project which was incomplete at the time of the purchase from prior owners. There were no written contracts between these parties. The plaintiff has produced sufficient evidence to support the claim that Kenneth Alexander individually and on behalf of his professional corporation, of

which he is the sole owner, performed services with respect to completion of the property as architect, general contractor and project supervisor.  The moving defendants' contention that 312 Benchmark, LLC was the general contractor for completion is genuinely disputed and in this case it will be the function of the jury to determine the proper allocation of responsibility for the defect resulting in the loss among all of the defendants.  It is

ORDERED that the motion for summary judgment by defendants The Architects Collaborative, P.C. and Kenneth B. Alexander is denied.

Dated: December 30th , 2011

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge