IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01191-RPM

GREAT NORTHERN INSURANCE COMPANY,

     Plaintiff,

v.

THE ARCHITECTS COLLABORATIVE, P.C.;
KENNETH B. ALEXANDER;
CONTROLLED HYDRONICS, INC., and
MASCO CONTRACTOR SERVICES CENTRAL, INC., dba ACE INSULATION,

     Defendants.

---

ORDER SETTING PRETRIAL CONFERENCE

---

The Court having determined that a pretrial conference should now be scheduled, it is

ORDERED that a pretrial conference is scheduled for **February 15, 2012, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **February 9, 2012.**  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

Dated:   January 5th, 2012

                                                        BY THE COURT:
                                                        s/Richard P. Matsch
                                                        _____
                                                        Richard P. Matsch, Senior District Judge