IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01191-RPM

GREAT NORTHERN INSURANCE COMPANY, an Indiana corporation,

    Plaintiff,

v.

THE ARCHITECTS COLLABORATIVE, P.C. a Colorado corporation;
KENNETH B. ALEXANDER; and
CONTROLLED HYDRONICS, INC., a Colorado corporation;

    Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    The unopposed motion to reschedule the February 15, 2012, pretrial conference is granted.  The conference is **reset for February 16, 2012, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel shall submit the proposed final pretrial order in paper form directly to chambers by 4:00 p.m. on February 9, 2012.

DATED: January 13, 2012