**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  February 16, 2012
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 10-cv-01191-RPM

GREAT NORTHERN INSURANCE COMPANY,                    Brad W. Breslau

      Plaintiff,

v.

THE ARCHITECTS COLLABORATIVE, P.C.,                  Chad M. McShane
a Colorado corporation,
KENNETH B. ALEXANDER,
CONTROLLED HYDRONICS, INC.,                          Jason P. Rietz
a Colorado corporation and
MASCO CONTRACTOR SERVICES CENTRAL, INC.,             Tiffanie D. Stasiak
d/b/a ACE INSULATION, a Florida corporation,

      Defendants.
_____

**COURTROOM MINUTES**
_____

**Pretrial Conference**

**3:00 p.m.        Court in session.**

Discussion regarding damages (restoration cost /extent caused by leak), claims ( liability), case facts, building codes/requirements, witnesses/order of proof, exhibits, defendant Alexander's cross claim and scheduling.

**ORDERED:    Plaintiff's Motion to Strike Defendants' Supplemental Expert Disclosures [56], is denied as to David Gasser and moot as to S.R. Aycock.
Counsel permitted to take the deposition of Mr. Gasser.**

Counsel agree to confer regarding order of proof.

**ORDERED:    8 to 9 day jury trial scheduled October 1, 2012.
Parties shall file trial briefs regarding legal issues (building code requirements) and defendants' are to include rationale for designation of non-parties at fault.
Plaintiff's brief due July 9, 2012.
Defendants' response due August 6, 2012.
Reply due August 27, 2012.**

**Pretrial Order signed.**

Court states it anticipates scheduling a trial preparation conference.

**3:50 p.m.        Court in recess.**        Hearing concluded.  Total time: 50 min.