IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01191-RPM

GREAT NORTHERN INSURANCE COMPANY,
an Indiana corporation,

      Plaintiff,

v.

THE ARCHITECTS COLLABORATIVE, P.C.,
a Colorado corporation,
KENNETH B. ALEXANDER,
CONTROLLED HYDRONICS, INC.,
a Colorado corporation, and
MASCO CONTRACTOR SERVICES CENTRAL, INC.,
dba ACE INSULATION, a Florida corporation,

      Defendants.

---

## ORDER SETTING TRIAL DATE

---

Pursuant to the pretrial conference held February 16, 2012, it is

ORDERED that this matter is set for trial to jury on **October 1, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: February 17th, 2012

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge