# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-CV-01191-RPM-BNB

GREAT NORTHERN INSURANCE COMPANY, an Indiana corporation;

    Plaintiff,

v.

THE ARCHITECTS COLLABORATIVE, P.C., a Colorado corporation; KENNETH B. ALEXANDER; CONTROLLED HYDRONICS, INC., a Colorado corporation; and MASCO CONTRACTOR SERVICES CENTRAL, INC. d/b/a ACE INSULATION, a Florida corporation;

    Defendants.
_____

## ORDER FOR DISMISSAL
_____

THIS MATTER came before the Court on the Stipulation for Dismissal of the Plaintiff Great Northern Insurance Company, Defendant The Architects Collaborative, P.C, Defendant Kenneth B. Alexander, Defendant Controlled Hydronics, Inc., and Defendant Builder Services Group d/b/a Ace Insulation, captioned as "Masco Contractor Services Central, Inc., d/b/a Ace Insulation." The Court, being fully advised in the premises, finds that the Stipulation should be approved and that the above-captioned lawsuit should be dismissed with prejudice in the manner stated in the Stipulation.

IT IS THEREFORE ORDERED that the Stipulation for Dismissal is approved and the above-captioned lawsuit is dismissed, with prejudice in the matter stated in the Stipulation, each party to pay their own costs and attorney's fees.

DATED this 20th day of April, 2012.

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge